# Third District Court of Appeal

## State of Florida

Opinion filed January 7, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1329
Lower Tribunal No. 16-20808-CA-01
_____

**United States Association of CDC, Inc., et al.,**
Appellants,

vs.

**WC WH, LLC, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, David Craig Miller, Judge.

Reiner & Reiner, P.A., and David P. Reiner II, for appellants.

Perez Mayoral, P.A., and Julie K. Talbot Mayoral and Michael Mayoral, for appellee WC WH, LLC; Paul J. Lane, P.A., and Paul J. Lane (Port St. Lucie) for appellee Paul J. Lane.

Before FERNANDEZ, LOGUE and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Kozel v. Ostendorf</u>, 629 So. 2d 817, 818 (Fla. 1993) (describing factors to be considered in evaluating whether dismissal with prejudice is warranted as a sanction for willful disregard of court orders); <u>Ham v. Dunmire</u>, 891 So. 2d 492, 496 (Fla. 2004) ("While no 'magic words' are required, the trial court must make a finding that the conduct upon which the order is based was equivalent to willfulness or deliberate disregard." (quotation omitted)); <u>Deutsche Bank Nat'l Tr. Co. v. Sombrero Beach Rd., LLC</u>, 260 So. 3d 424, 428–29 (Fla. 3d DCA 2018) (noting that evidentiary hearing is "generally" required in order for trial court to make express findings of fact concerning all <u>Kozel</u> factors, but that order finding dismissal appropriate under <u>Kozel</u> will be upheld where trial court "include[s] in its written order findings of fact with respect to each <u>Kozel</u> factor, and also individualized findings with regards to the conduct of those individuals the lower court intends to sanction").